UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 22-CR-004 (JMC)** |
| **v.** : | |
| : | |
| **CARLOS PRICE** : | |
| : | |
| **Defendant.** : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). Specifically, in compliance with its discovery obligations, the Government intends to disclose grand jury testimony in advance of the motion hearing scheduled for this case on June 21, 2022. The Government will redact personal identifiable information of non-parties in the testimony.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Will Hart*
         WILL HART
         D.C. Bar No. 1029325
         Assistant United States Attorney
         601 D Street, N.W.
         Washington, DC 20530
         Phone:  (202) 252-7877
         Email:  William.hart@usdoj.gov